No. 77–1682. LISA-JET, INC. v. DUNCAN AVIATION, INC. C. A. 8th Cir. Certiorari denied. ▮

No. 77–1684. BROADUS v. LOTT, ADMINISTRATRIX. Sup. Ct. Miss. Certiorari denied. ▮

No. 77–1685. ROCHE v. UNITED STATES; and
No. 78–5125. RAMOS v. UNITED STATES. C. A. 2d Cir. Certiorari denied. Reported below: 575 F. 2d 56.

No. 77–1689. LITTON SYSTEMS, INC. v. UNITED STATES. C. A. 4th Cir. Certiorari denied. ▮

No. 77–1691. WAN SHIH HSIEH v. IMMIGRATION AND NATURALIZATION SERVICE. C. A. 2d Cir. Certiorari denied. ▮

No. 77–1692. RONWIN v. SUPREME COURT OF ARIZONA. Sup. Ct. Ariz. Certiorari denied.

No. 77–1693. PELLITIERI v. UNITED STATES. C. A. 8th Cir. Certiorari denied. ▮

No. 77–1695. UNIFICATION CHURCH ET AL. v. BELL, AT-TORNEY GENERAL, ET AL. C. A. D. C. Cir. Certiorari denied. ▮

No. 77–1698. WESTERN PENNSYLVANIA MOTOR CARRIERS ASSN. v. INTERNATIONAL BROTHERHOOD OF TEAMSTERS, CHAUFFEURS, WAREHOUSEMEN & HELPERS OF AMERICA, LOCAL 249. C. A. 3d Cir. Certiorari denied. ▮

No. 77–1699. DIEM v. UNITED STATES ET AL. C. A. 2d Cir. Certiorari denied.